UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATE HOFFOWER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SEAMLESS CONTACTS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 1:22-cv-02079<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF RAINA C. BORRELLI IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Raina C. Borrelli, declare:

1. I am a partner of Turke & Strauss LLP, one of the counsel of record for Plaintiff, where I manage the firm's class action litigation practice. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am admitted to practice before this Court pro hac vice. I submit this declaration in support of Plaintiff's motion for class certification and appointment of class counsel.

3. Turke & Strauss is a law firm based in Madison, Wisconsin that focuses on complex civil and commercial litigation with an emphasis on consumer protection, employment, wage and hour, business, real estate, and debtor-creditor matters.

4. Turke & Strauss has extensive experience in the prosecution of class actions on behalf of consumers and has been appointed as class counsel in numerous matters., including the following: *In re Netgain Tech. Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.) (appointed by the court to the Plaintiffs' Interim Executive Committee); *In re C.R. England, Inc. Data Breach*

1

*Litig.*, 2:22-cv-374-DAK-JCB (appointed by the court has Interim Co-Lead Counsel); *McLaughlin v. Flagstar*, 22-cv-11470 (E.D. Mich.); *Webb v. Injured Worker's Pharmacy*, 22-cv-10797 (D. Mass.); *Grogan v. McGrath RentCorp., Inc.*, 22-cv-490 (N.D. Cal.); *Henson v. SuperCare, Inc.*, 22-cv-2820 (C.D. Cal.); *Goetz v. Benefit Recovery Specialists, Inc.*, Case No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.) (data breach settlement on behalf of 500,000 breach victims); *Kunkelman v. Curators of the University of Missouri, d/b/a MU Health Care*, Case No. 21BACV00182 (Mo. Cir. Ct., Boone Cty.); *Baldwin v. Nat'l Western Life Ins. Co.*, 21-cv-04066-WJE (W.D. Mo.) (settlement on behalf of 800,000 data breach victims); *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh* (D. Mass.) (TCPA class settlement of $14,000,000).

5. Turke & Strauss's experience in these cases has provided it with expertise in the legal, factual, management, settlement, notice, and administration issues that characterize class actions like these related to consumer privacy.

6. Attached hereto as **Exhibit A** is a copy of the Turke & Strauss LLP Firm Resume.

7. In this case, Turke & Strauss has vigorously protected the interests of the members of the proposed class alongside our co-counsel.

8. Turke & Strauss has taken the lead on discovery from Defendant, taken all of the depositions, and assisted in drafting and/or revising a number of pleadings and motions filed in this case. Turke & Strauss intends to maintain an active role in the litigation of this matter.

9. My practice focuses on complex class action litigation, including data breach, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country.

10. I received my J.D. magna cum laude from the University of Minnesota Law School in 2011. Prior to joining Turke & Strauss, I was a partner at Gustafson Gluek, where I successfully prosecuted complex class actions in federal and state courts. I am an active member of the Minnesota Women's Lawyers and the Federal Bar Association, where I have assisted in the representation of pro se litigants though the Pro Se Project. I have repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. I have also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services. In recent years, I have been substantially involved in a number of complex class action matters in state and federal courts including: *Hudock v. LG Electronics USA, Inc.*, 16-cv-1220 (JRT/KMM) (D. Minn.); *Baldwin v. Miracle-Ear, Inc.*, 20-cv-01502 (JRT/HB) (D. Minn.); *In re FCA Monostable Gearshifts Litig.*, 16-md-02744 (E.D. Mich.); *Zeiger v. WellPet LLC*, 17-cv-04056 (N.D. Cal.); *Wyoming v. Procter & Gamble*, 15-cv-2101 (D. Minn.); *In re Big Heart Pet Brands Litig.*, 18-cv-00861 (N.D. Cal.); *Sullivan v. Fluidmaster*, 14-cv-05696 (N.D. Ill.); *Rice v. Electrolux Home Prod., Inc.*, 15-cv-00371 (M.D. Pa.); *Gorczynski v. Electrolux Home Products, Inc.*, 18-cv-10661 (D.N.J.); *Reitman v. Champion Petfoods*, 18-cv-1736 (C.D. Cal.); *Reynolds, et al., v. FCA US, LLC*, 19-cv-11745 (E.D. Mich.).

11. I have significant experience in data privacy litigation and am currently litigating more than fifty data breach cases in courts around the country as lead counsel or cocounsel on behalf of millions of data breach victims, including *In re Netgain Tech. Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.) (appointed by the court to the Plaintiffs' Interim Executive Committee); *In re C.R. England, Inc. Data Breach Litig.*, 2:22-cv-374-DAK-JCB (appointed by the court has Interim Co-Lead Counsel); *Medina et al. v. PracticeMax Inc.*, 22-cv-01261-DLR (D.

3

Ariz.) (appointed to Executive Leadership Committee); *Forslund et al. v. R.R. Donnelley & Sons Co.*, 1:22-cv-04260 (N.D. Ill.) (appointed as interim co-lead class counsel); *In re Lincare Holdings, Inc. Data Breach Litig.*, 8:22-cv-01472 (M.D. Fla.) (appointed to Interim Executive Leadership Committee); *McLaughlin v. Flagstar*, 22-cv-11470 (E.D. Mich.); *Corra et al. v. Acts Retirement Services, Inc.*, 2:22-cv-02917 (E.D. Pa.); *Grogan v. McGrath RentCorp., Inc.*, 22-cv-490 (N.D. Cal.); *Goetz v. Benefit Recovery Specialists, Inc.*, Case No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.) (data breach settlement on behalf of 500,000 breach victims); *Kunkelman v. Curators of the University of Missouri, d/b/a MU Health Care*, Case No. 21BA-CV00182 (Mo. Cir. Ct., Boone Cty.); *Baldwin v. Nat'l Western Life Ins. Co.*, 21-cv-04066-WJE (W.D. Mo.) (settlement on behalf of 800,000 data breach victims).

12. Attached as **Exhibit 1** is a true and accurate copy of excerpts of the deposition transcript of Plaintiff Kate Hoffower.

13. Attached as **Exhibit 2** is a true and accurate copy of excerpts of transcript from deposition of Danielle Demming pursuant to Rule 30(b)(6), designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

14. Attached as **Exhibit 3** is a true and accurate copy of SEAMLESS_NDILL_014579.

15. Attached as **Exhibit 4** is a true and accurate copy of SEAMLESS_NDILL_014580.

16. Attached as **Exhibit 5** is a true and accurate copy of excerpts of transcript from deposition of Austin Floyd pursuant to Rule 30(b)(6), designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

17. Attached as **Exhibit 6** is a true and accurate copy of SEAMLESS_NDILL_014600, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

18. Attached as **Exhibit 7** is a true and accurate copy of SEAMLESS_NDILL_014582, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

19. Attached as **Exhibit 8** is a true and accurate copy of excerpts of transcript from deposition of Mike Hopkins pursuant to Rule 30(b)(6), designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

20. Attached as **Exhibit 9** is a true and accurate copy of SEAMLESS_NDILL_014581, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

21. Attached as **Exhibit 10** is a true and accurate copy of SEAMLESS_NDILL_014598, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

22. Attached as **Exhibit 11** is a true and accurate copy of SEAMLESS_NDILL_014629, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

23. Attached as **Exhibit 12** is a true and accurate copy of SEAMLESS_NDILL_014607, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

24. Attached as **Exhibit 13** is a true and accurate copy of SEAMLESS_NDILL_014608, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

25. Attached as **Exhibit 14** is a true and accurate copy of SEAMLESS_NDILL_014611, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

26. Attached as **Exhibit 15** is a true and accurate copy of SEAMLESS_NDILL_014612, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

27. Attached as **Exhibit 16** is a true and accurate copy of SEAMLESS_NDILL_014585, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

28. Attached as **Exhibit 17** is a true and accurate copy of SEAMLESS_NDILL_014584, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

29. Attached as **Exhibit 18** is a true and accurate copy of SEAMLESS_NDILL_014586, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

30. Attached as **Exhibit 19** is a true and accurate copy of SEAMLESS_NDILL_014626, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

31. Attached as **Exhibit 20** is a true and accurate copy of SEAMLESS_NDILL_014633, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

32. Attached as **Exhibit 21** is a true and accurate copy of SEAMLESS_NDILL_014595, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

33. Attached as **Exhibit 22** is a true and accurate copy of SEAMLESS_NDILL_014632, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

34. Attached as **Exhibit 23** is a true and accurate copy of SEAMLESS_NDILL_014628, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

35. Attached as **Exhibit 24** is a true and accurate copy of SEAMLESS_NDILL_014605, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

36. Attached as **Exhibit 25** is a true and accurate copy of SEAMLESS_NDILL_014576, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

37. Attached as **Exhibit 26** is a true and accurate copy of SEAMLESS_NDILL_014631, a video sent on a flash drive, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

38. Attached as **Exhibit 27** is a true and accurate copy of Defendant's Second Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, dated May 22, 2022, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

39. Attached as **Exhibit 28** is a true and accurate copy of Defendant's Third Supplemental Responses and Objections to Interrogatory No. 21 and Request for Production No. 26, dated October 20, 2023, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

40. Attached as **Exhibit 29** is a true and accurate copy of SEAMLESS_NDILL_000231, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

41. Attached as **Exhibit 30** is a true and accurate copy of SEAMLESS_NDILL_000161, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

42. Attached as **Exhibit 31** is a true and accurate copy of SEAMLESS_NDILL_007256, designated as Confidential by Defendant pursuant to the Protective Order. Dkt. 29.

43. Attached as **Exhibit 32** is a true and accurate copy of Defendant's Responses and Objections to Plaintiff's Fourth Set of Interrogatories, dated November 3, 2023, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

44. Attached as **Exhibit 33** is a true and accurate copy of SEAMLESS_NDILL_014230, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

45. Attached as **Exhibit 34** is a true and accurate copy of SEAMLESS_NDILL_014244, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

46. Attached as **Exhibit 35** is a true and accurate copy of SEAMLESS_NDILL_014238, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

47. Attached as **Exhibit 36** is a true and accurate copy of Defendant's Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories, dated July 19, 2023, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

48. Attached as **Exhibit 37** is a true and accurate copy of SEAMLESS_NDILL_007743, designated as Highly Confidential – Attorneys' Eyes Only by Defendant pursuant to the Protective Order. Dkt. 29.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of November, 2023, in Eagan, Minnesota.

*/s/ Raina C. Borrelli*
Raina C. Borrelli

## **CERTIFICATE OF SERVICE**

      I, Brittany Resch, hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 13th day of November, 2023.

                              TURKE & STRAUSS LLP

                              By:  */s/ Brittany Resch*
                                     Brittany Resch
                                     brittanyr@turkestrauss.com
                                     TURKE & STRAUSS LLP
                                     613 Williamson St., Suite 201
                                     Madison, WI 53703
                                     Telephone: (608) 237-1775
                                     Facsimile: (608) 509-4423