# — EXHIBIT 1 —

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATE HOFFOWER, on behalf of      )
herself and all others           )
similarly situated,              )
                                 )
          Plaintiffs,            )
                                 )
     -vs-                        )      No. 22-CV-02079
                                 )
SEAMLESS CONTACTS, INC., a       )
Delaware Corporation,            )
          Defendants.            )

          The deposition of KATHERINE HOFFOWER

called by the Defendant for examination, pursuant

to notice and pursuant to the Federal Rules of

Civil Procedure for the United States District

Courts pertaining to the taking of depositions,

taken before Noreen E. Resendez, Registered

Professional Reporter and Notary Public within and

for the County of DuPage and State of Illinois,

conducted At 123 North Wacker Drive, 18th Floor,

Chicago, Illinois, commencing at the hour of

9:00 a.m. on Friday, September 1, 2023.

1    this contact profile is in fact an advertisement

2    that advertisement is embarrassing and humiliating

3    to you?

4            MR. STRAUSS:  Object to the form of the

5        question.

6                You may answer it, Ms. Hoffower.

7    BY THE WITNESS:

8        A.    The knowledge that someone is using my

9    information without my consent in a way that I

10   have no control over and previously had no

11   knowledge of is distressing, is infuriating, and I

12   do not believe that it should be allowed

13   especially since they did this with the intention

14   of making money off of my name, my experience and

15   in representing myself illegally.

16       Q.    And as you sit here today, you don't

17   know whether any of the multiple sites that you've

18   given consent to share your information or have

19   not prevented the sharing information like Zocdoc

20   or Grow Therapy gave this information to Seamless,

21   correct?

22       A.    That's irrelevant because Seamless is

23   the organization that turned my information into

24   an advertisement that they used to profit.



**Filed Under Seal**

— **EXHIBIT 2** —

— **EXHIBIT 3** —

Seamless.AI    Products    Compare    Company    Pricing    Login    Get a Demo    Get Started Free









# The World's Best
# Sales Leads®

Our sales software finds verified cell phones, emails, and direct dials for anyone you need to sell to. Get 50 free credits with no credit card down and discover why 500,000+ companies use Seamless.AI to grow their business.

Business Email          **Get Started Free**

No Credit Card Required   ★★★★★ 5.0/5 rating

☐ Sign up with Google        ☐ Sign up with LinkedIn

*By submitting this form, you agree to Seamless.AI's Terms of Service & Privacy Policy*

Trusted by 500,000+ users

CloudApp    Google    CLOROX    Fastenal    INTERCOM    logitech

## The First and Only Real-Time Search
## Engine for B2B Sales Leads

Seamless.AI's search engine helps you connect directly with your ideal customers so you can build pipeline, shorten your sales cycle, and close more deals at scale. Leverage our one true people search engine to build a massive list of decision makers.

| 1.9B+ | 5-10x | 350% |
|-------|-------|------|
| Contact and Company Records Verified in 2021 | ROI on Average | Increase in Opportunities on Average |

**Get Started Today**

**SALES PROSPECTING SOLUTION**

### Get in Front of the
### Right Sales Prospects

Spend more time selling, and less time building sales prospecting lists. Use our sales software to build accurate leads lists, find the right people to contact, and crush quota!

**Try for Free**

*"This connectivity with my CRM and LinkedIn Navigator makes the tool easy to use"*
Matthew H, Opportunity Creator

**CHROME EXTENSION**

### Prospect Less,
### Close More

Salmon has the Utility Belt. And salespeople have the Seamless.AI Chrome Extension. Use it to find phone numbers and emails and turn your Chrome browser into the ultimate sales utility belt.

**Add to Chrome - It's Free**

*"The Chrome extension is the hero of the product itself"*
Eric A, Sales Consultant

**WRITER**

### Solve Writer's Block
### For Good

In a world of generic copywriting tools, Writer by Seamless.AI is specially designed to help you confidently execute sales and marketing messaging, from value propositions to upsell emails.

**Explore Writer**

*"Seamless AI puts the best of all worlds together in one easy-to-use platform."*
Judy C, Sales Leader

**INTEGRATIONS**

### Integrate Your
### Favorite Tools

Integrate directly into your favorite platforms, including Salesforce, Hubspot, Outreach, LinkedIn Sales Navigator, and Salesloft, along with other top CRMs and engagement platforms. Increase effectiveness and productivity by eliminating manual data entry forever.

**Get an Integration**

*"Seamless AI makes it easy to integrate into our current tool stack of a Sales Nav and Outreach."*
Zach G, Business Development Representative

## The Leader In Sales
## Intelligence

G2 consistently ranks our sales intelligence software as a top 100 sales platform. In fact, out of 100,000+ software products reviewed on G2, Seamless.AI was named a Top 100 Highest Satisfaction Software Product for 2022.



## Quality Data Creates Profitable Business

| 300% | 40-50 |
|------|-------|
| Of Web Quota | Appointments Booked Weekly |
| See How ⊙ | See How ⊙ |

## How About 50
## Free Credits?

Don't wait until you run out of sales leads. Try Seamless.AI for free today and find your next big opportunity.

Business Email          **Get Started Free**

Immediate Access   No Credit Card Required

**FAQ**

## Frequently Asked Questions

| What is Seamless.AI? | + |
|---|---|
| How does Seamless.AI work? | + |
| How much does Seamless.AI cost? | + |
| Is Seamless.AI legit? | + |
| What does Seamless.AI do? | + |
| How does Seamless.AI compare to Zoominfo? | + |
| Is Seamless.AI safe as an add-on? | + |

# The World's Best
# Sales Leads®

Connect with Us

| Products | Customers | Company | Social |
|----------|-----------|---------|--------|
| Platform Overview | Testimonials | About Us | LinkedIn |
| Chrome Extension | Case Studies | Careers | Facebook |
| Pitch Intelligence | Apply for President's Club | Affiliate Program | Instagram |
| Data Enrichment | Submit Your Story | Contact Us | Twitter |
| Writer | Knowledge Base | | YouTube |
| Buyer Intent Data | Blog | | TikTok |
| Job Changes | Get Support | | |
| Autopilot | Community and Status | | |
| Integrations | | | |
| Pricing | | | |

Terms of Use    Privacy Policy    Chrome Policy    CCPA Policy    Cookies    Do Not Sell My Information          SEAMLESS_WELL_014372

— **EXHIBIT 4** —





SEAMLESS_NDILL_014580

**Filed Under Seal**

**— EXHIBIT  5 —**

**Filed Under Seal**

**— EXHIBIT  6 —**

**Filed Under Seal**

— **EXHIBIT  7** —

**Filed Under Seal**

**— EXHIBIT 8 —**

**Filed Under Seal**

— **EXHIBIT 9** —

**Filed Under Seal**

**— EXHIBIT 10 —**