Filed Under Seal

— EXHIBIT 11 —

Filed Under Seal

— EXHIBIT 12 —

Filed Under Seal

— EXHIBIT 13 —

DOCUMENT PRODUCED IN NATIVE FORMAT

CONFIDENTIAL SEAMLESS_NDILL_014608

**Filed Under Seal**

**— EXHIBIT 14 —**

Filed Under Seal

— EXHIBIT 15 —

DOCUMENT PRODUCED IN NATIVE FORMAT

CONFIDENTIAL  SEAMLESS_NDILL_014612

Filed Under Seal

— EXHIBIT 16 —

DOCUMENT PRODUCED IN NATIVE FORMAT

CONFIDENTIAL	SEAMLESS_NDILL_014585

Filed Under Seal

— EXHIBIT 17 —

Filed Under Seal

— EXHIBIT 18 —

DOCUMENT PRODUCED IN NATIVE FORMAT

CONFIDENTIAL SEAMLESS_NDILL_014586

Filed Under Seal

— EXHIBIT 19 —

**Filed Under Seal**

— **EXHIBIT 20** —