# EXHIBIT A

# *Filed Under Seal*



















































































































