# EXHIBIT B

# *Filed Under Seal*











































