# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATE HOFFOWER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SEAMLESS CONTACTS, INC., a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No. 1:22-cv-02079<br><br>Judge Matthew F. Kennelly |

## **PLAINTIFF'S LR 56.1(b)(3) STATEMENT OF ADDITIONAL MATERIAL FACTS**

1.　Plaintiff Kate Hoffower's name and likeness have appeared in Seamless's platform. Dkt. 1 ¶¶34-35; Dkt. 105-3 at 11 (Class Cert. Ex. 18)[1]; Dkt. 105-4 at 3 (Class Cert. Ex. 22); Dkt. 141-7 (Ex. G)[2] (Demming Tr. at 193:8-207:5); Exhibit 1 (Demming Dep. Ex. 19).

2.　Plaintiff has never provided written consent to Seamless to use her name and likeness. Dkt. 141-2 (Ex. B) (Hoffower Tr. at 13:22-14:3, 32:1-20); Dkt. 141-5 (Ex. E) (Plaintiff's first answer to Interrogatory No. 6; Plaintiff's answer to Interrogatory No. 14); Dkt. 109 ¶4 ("Seamless Contacts, Inc. never requested my consent to use my name and photograph, and I never provided any consent to Seamless.").

3.　Plaintiff served Request for Production Number 26, which requested, "Documents sufficient to show the Profiles viewed or accessed by non-subscribers and/or free trial users before

---

[1] Plaintiff's class certification exhibits are filed under seal without redactions and slipsheets at Dkt. 103.
[2] Defendant's summary judgment exhibits are filed under seal without redactions and slipsheets at Dkt. 142.

1

making a purchase of credits or upgrading their account." Dkt. 105-4 at 41 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26).

4.      Plaintiff served Interrogatory Number 21, which requested, "Identify and describe whether and how Seamless tracks, logs, documents, or stores what content is viewed or accessed by free trial users, including whether and when any specific Profile was viewed or accessed by non-subscribers and/or free trial users before making a purchase of credits or upgrading their account." Dkt. 105-4 at 41 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26).

5.      The Court ordered Seamless to "produce further information regarding the plaintiff's interrogatory 21 and request for production 26." Dkt. 99; Dkt. 105-4 at 41 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26).

6.      In response to the Court's Order in Dkt. 99, Seamless queried its available data sources in an "attempt to return search results containing the email, name, contact location, business name, and business location for the time period of April 2021 to present, of people appearing in a MyContact list with a contact location of Illinois, based on searches performed by Seamless customers who purposefully converted from free customer status to paid customer status during this time period." Dkt. 105-4 at 42 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26).

7.      In response to Interrogatory No. 21, Seamless objected that "it seeks information, which is overbroad, inaccurate, and unusable in determining the size of the purported class in this matter and, in fact, demonstrates that the class is not ascertainable." Dkt. 105-4 at 43 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26).

8.      Also in response to Interrogatory No. 21, Seamless stated:



3



Dkt. 105-4 at 44-46 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26).

9. In response to Request No. 26, Seamless objected that "the documents produced pursuant to this Request are inaccurate, overly broad, and unusable for the purposes of determining the size of the purported class in this matter and, in fact, demonstrates that there is no ascertainable class. Defendant further incorporates and restates the objections to and explanations of the query, and problems with the results as stated above in Seamless's Supplemental Response to Interrogatory No. 21." Dkt. 105-4 at 47 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26).

10. Seamless's platform displays tens of thousands of individuals who live and/or work in Illinois every time a search is run on the platform. Dkt. 105-3 at 8 (Class Cert. Ex. 16) (showing a search results list with " ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "); Dkt. 105-4 at 11 (Class Cert. Ex. 27) (Def.'s Sec. Supp. Resp. to Interrogatory 10); Dkt. 103-1/Dkt. 106 (Naaman Decl.); Dkt. 149-1 (Resch Decl. ¶3).

4

11. For a free customer with sufficient credits remaining, a search flow proceeds like this: a free customer searches by using either the filters or by using a name. Dkt. 105-3 at 8 (Class Cert. Ex. 16), Dkt. 105-3 at 10 (Class Cert. Ex. 17), Dkt. 105-3 at 11 (Class Cert. Ex. 18). Running a search requires one credit. Dkt. 141-9 (Ex. I) (Hopkins Tr. at 77:25-78:3). A search returns a search result list. *Id.* at 17:21-18:16. ▮▮▮▮▮▮▮▮▮▮ of individuals returned in the search, and also shows that there is other, locked information. Dkt. 105-3 at 8 (Class Cert Ex. 16); Dkt. 141-13 (Ex. M) (Seamless's First Supplemental Answer to Interrogatory No. 9) (▮▮▮▮▮▮▮▮▮▮).

12. A free customer must expend one more credit to "Find" the additional locked contact information for a particular individual. Dkt. 105-3 at 11 (Class Cert. Ex. 18); Dkt. 141-7 (Ex. G) (Demming Tr. at 34:11-17). After clicking the "Find" button, ▮▮▮▮▮▮▮▮▮▮ shown in Dkt. 105-4 at 3 (Class Cert Ex. 22) and Dkt. 105-3 at 13 (Class Cert Ex. 19). Dkt. 141-7 (Ex. G) (Demming Tr. 21:23-22:18); Dkt. 141-13 (Ex. M) (Seamless's First Supplemental Answer to Interrogatory No. 9) (▮▮▮▮▮▮▮▮▮▮, etc.).

13. ▮▮▮▮▮▮▮▮▮▮. Dkt. 141-9 (Ex. I) (Hopkins Tr. at 12:4-8). ▮▮▮▮▮▮▮▮▮▮. *Id.* at 59:13-15.

14. One reason Seamless offers a free trial is to ▮▮▮▮▮▮▮▮▮▮. Dkt. 141-9 (Ex. I) (Hopkins Tr. at 69:1-7). Seamless also provides free trials so ▮▮▮▮▮▮▮▮▮▮

5

██████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████. *Id.* at 63:14-66:1; Dkt. 105-4 at 50 (Class Cert. Ex. 29).

15. Seamless's website states that its "sales software finds verified cell phones, emails, and direct dials for anyone you need to sell to." Dkt. 105-2 at 5 (Class Cert. Ex. 3).

16. When a free customer has expended all of their free credits by performing searches and "Find[ing]" contact information, if they wish to continue using the platform, ████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████. Dkt. 105-2 at 10 (Class Cert. Ex. 6); Dkt. 141-8 (Ex. H) (Floyd Tr. at 38:1-39:9); Dkt. 141-9 (Ex. I) (Hopkins Tr. at 32:18-33:7, 39:15-41:6, 48:4-19); Dkt. 105-3 at 3 (Class Cert. Ex. 13); Dkt. 105-3 at 6 (Class Cert. Ex. 15); Dkt. 105-4 at 6 (Class Cert. Ex. 24).

17. There are multiple ways a free customer is prompted to "Upgrade," and there are "Upgrade" buttons displayed on various pages in the platform. *See, e.g.*, Dkt. 105-3 at 1 (Class Cert. Ex. 11) (███████████████████████████████████); Dkt. 105-3 at 2 (Class Cert Ex. 12) (██████████████████████████████████████ ████████); Dkt. 105-3 at 5 (Class Cert. Ex. 14) (█████████████████); Dkt. 105-4 at 5 (Class Cert. Ex. 23) (█████████████████████████████████████████████ ████████); Dkt. 141-7 (Ex. G) (Demming Tr. at 189:10-18); Dkt. 141-9 (Ex. I) (Hopkins Tr. at 37:1-38:9, 39:15-41:6, 48:4-19); Dkt. 105-4 at 6 (Class Cert. Ex. 24) (███████████████ ██████████████████████████████████████████████████████████████████████ ██████).

6

18. ██████████████████████████████████

████. Dkt. 141-7 (Ex. G) (Demming Tr. at 25:9-16, 33:7-17, 91:7-93:17 ("████

██████████████████████████████████

████.")).

Dated: April 12, 2024                    Respectfully Submitted,

                                         By: /s/ Brittany Resch
                                             Brittany Resch
                                             Raina C. Borrelli
                                             Samuel J. Strauss
                                             TURKE & STRAUSS LLP
                                             613 Williamson St., Suite 201
                                             Madison, WI 53703
                                             Telephone: (608) 237-1775
                                             Facsimile: (608) 509-4423
                                             brittanyr@turkestrauss.com
                                             raina@turkestrauss.com
                                             sam@turkestrauss.com

                                             Michael F. Ram (*pro hac vice*)
                                             MORGAN & MORGAN
                                             COMPLEX LITIGATION GROUP
                                             711 Van Ness Avenue, Suite 500
                                             San Francisco, CA 94102
                                             Telephone: (415) 358-6913
                                             Facsimile: (415) 358-6923
                                             mram@forthepeople.com

                                             Shelby Serig (*pro hac vice*)
                                             MORGAN & MORGAN
                                             COMPLEX LITIGATION GROUP
                                             501 Riverside Ave., Suite 1200
                                             Jacksonville, FL 32002
                                             Telephone: (904) 330-3819
                                             sserig@forthepeople.com

                                             *Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 12th day of April, 2024.

                              TURKE & STRAUSS LLP

                              By: */s/ Brittany Resch*
                                      Brittany Resch
                                      brittanyr@turkestrauss.com
                                      TURKE & STRAUSS LLP
                                      613 Williamson St., Suite 201
                                      Madison, WI 53703
                                      Telephone: (608) 237-1775
                                      Facsimile: (608) 509-4423