# — EXHIBIT 1 —

# Video exhibit being sent via USB