UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATE HOFFOWER, on behalf of herself and all others similarly situated, | Case No. 1:22-cv-02079 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | |
| SEAMLESS CONTACTS, INC., a Delaware Corporation, | |
| Defendant. | |

**PLAINTIFF'S FED. R. CIV. P. 56(d) DECLARATION OF BRITTANY RESCH**

1. I am a partner of Turke & Strauss LLP, one of the counsel of record for Plaintiff. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so. I am admitted to practice before this Court *pro hac vice*. I submit this declaration in opposition to Defendant Seamless Contacts, Inc.'s motion for summary judgment.

2. Plaintiff cannot present facts essential to justify her opposition to Seamless's motion for summary judgment as to whether Plaintiff's identity (1) ever appeared in a search results list, (2) was saved to a My Contacts List, or (3) was otherwise viewed on the Seamless platform.

3. Seamless may have the ability to know whether Plaintiff's information ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. However, Seamless has not conducted this inquiry, despite being ordered to do so by the Court, Dkt. 99, promising to do so at a later date, Dkt. 151/Dkt. 149-1 (Resch Decl. ¶4), Dkt. 97 at 2, and Plaintiff making that request on February 29, 2024, Dkt. 149-1 (Resch Decl. ¶4).

1

4. ███████████████████████████████████████
("████████████████████████████████") ████████████████████ ("█████
████████████████████████████████"). Dkt. 141-8 (Ex. H)[1] (Floyd Tr. at 116:2-24).

████████████████████████████

5. If a search is performed using filters, such as by state, *see* Dkt. 105-3 at 8 (Class Cert. Ex. 16)[2], Seamless ████████████████████████████████████████. Dkt. 141-7 (Ex. G) (Demming Tr. at 32:12-33:6, 194:14-21); Dkt. 141-8 (Ex. H) (Floyd Tr. at 106:3-21, 109:18-110:12).

6. Seamless does not ████████████████████████████████████████ ████████████████ *Id*.

7. The ████████████████ showed that the only customer to ever search for "Kate Hoffower" by name, Dkt. 141-8 (Ex. H) (Floyd Tr. at 106:3-110:22), was her former attorney Ben Osborn sometime prior to February 7, 2022, Dkt. 97 at 4.

8. In response to this Court's Order, Dkt. 99, Plaintiff asked for ████████████████ ████████████████████████████████████████████████████████████████████████ ██. Dkt. 149-1 (Resch Decl. ¶4).

9. On September 11, 2023, Seamless represented "that it would not object to running that query at a later time, even if it was requested after query discovery closed." Dkt. 149-1 (Resch Decl. ¶4).

---

[1] Defendant's summary judgment exhibits are filed under seal without redactions and slipsheets at Dkt. 142.
[2] Plaintiff's class certification exhibits are filed under seal without redactions and slipsheets at Dkt. 103.

10. On February 29, 2024, after reading Seamless's opposition to class certification and motion for summary judgment, Plaintiff renewed her request by email for the query of the ▮▮▮▮ ▮▮▮▮▮▮▮▮ to be performed so she may respond to Seamless's factual arguments on standing, injury, and commercial purpose. Despite numerous follow-ups, Seamless did not respond until March 25, 2024, whereby it refused to meet and confer with Plaintiff or to conduct such a search. Dkt. 149-1 (Resch Decl. ¶4).

11. Without reliable results from this query, Plaintiff is unable to oppose Seamless's factual assertion that Plaintiff's identity and information has never appeared in a search results list after a customer ran a search using the filters. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Dkt. 141-8 (Ex. H) (Floyd Tr. at 112:1-12).

13. In response to this Court's Order, Dkt. 99, Plaintiff asked for ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Dkt. 149-1 (Resch Decl. ¶4).

14. Seamless produced the results of Plaintiff's ask in response to Interrogatory No. 21 and Request No. 26. Dkt. 105-4 at 41 (Class Cert. Ex. 28) (Seamless's responses to Interrogatory No. 21 and Request No. 26). Due to the number of inaccuracies, objections, and caveats noted by Seamless in its response, *id.* at *3-5, this discovery may possibly show, but certainly is not definitive of, whether a free customer who later became a paying customer clicked the "find" button on Plaintiff's identity and information to add her to their My Contacts List, *id.* at *1.

3

15. Without reliable results from this query, Plaintiff is unable to oppose Seamless's factual assertion that Plaintiff's identity and information has never been viewed and/or saved to a free customer's My Contacts List by anyone other than Ben Osborn.

Dated: April 12, 2024

Respectfully Submitted,

By: /s/ Brittany Resch
Brittany Resch
Raina C. Borrelli
Samuel J. Strauss
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
brittanyr@turkestrauss.com
raina@turkestrauss.com
sam@turkestrauss.com

Michael F. Ram (*pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

Shelby Serig (*pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
501 Riverside Ave., Suite 1200
Jacksonville, FL 32002
Telephone: (904) 330-3819
sserig@forthepeople.com

*Attorneys for Plaintiff and the Proposed Class*

4

## **CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 12th day of April, 2024.

        TURKE & STRAUSS LLP

        By: */s/ Brittany Resch*
            Brittany Resch
            brittanyr@turkestrauss.com
            TURKE & STRAUSS LLP
            613 Williamson St., Suite 201
            Madison, WI 53703
            Telephone: (608) 237-1775
            Facsimile: (608) 509-4423