**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATE HOFFOWER, on behalf of herself and all others similarly situated, | Case No. 1:22-cv-02079 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | |
| SEAMLESS CONTACTS INC., a Delaware Corporation, | |
| Defendant. | |

### JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

Plaintiff Kate Hoffower and Defendant Seamless Contacts Inc. hereby provide notice that the parties have reached a settlement in principle in this matter. The parties request that the Court stay all case deadlines for 30 days to allow the parties to finalize their settlement agreement and submit a dismissal of this action.

At such time that the parties stipulate to dismiss this action pursuant to Rule 41, the parties will also stipulate to a withdrawal of all currently pending motions before this Court: **Docket 179** (Defendant's Motion For Entry Of An Order Regarding A Fee Motion Pursuant To Local Rule 54.3) and **Docket 181** (under seal)/**182** (redacted) (Plaintiff's Motion for Reconsideration).

October 19, 2024.

By: */s/ Brittany Resch*
    Brittany Resch
    Raina C. Borrelli
    Samuel J. Strauss
    STRAUSS BORRELLI PLLC
    One Magnificent Mile

By: */s/ Aneca E. Lasley*
    Aneca E. Lasley (*pro hac vice*)
    ICE MILLER LLP
    250 West Street, Suite 700
    Columbus, Ohio 43215
    (614) 462-1085

980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com
sam@straussborrelli.com

Michael F. Ram (*pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

Shelby Serig (*pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
501 Riverside Ave., Suite 1200
Jacksonville, FL 32002
Telephone: (904) 330-3819
sserig@forthepeople.com

*Attorneys for Plaintiff*

aneca.lasley@icemiller.com

Melissa A. Siebert (msiebert@cozen.com)
COZEN O'CONNOR
123 N. Wacker Dr., 18th Floor
Chicago, IL 60606
(312)-382-8910

*Attorneys for Defendant Seamless Contacts, Inc.*

## CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 19th day of October, 2024.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
  Brittany Resch
  bresch@straussborrelli.com
  STRAUSS BORRELLI PLLC
  One Magnificent Mile
  980 N Michigan Avenue, Suite 1610
  Chicago IL, 60611
  Telephone: (872) 263-1100
  Facsimile: (872) 263-1109