# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATE HOFFOWER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEAMLESS CONTACTS INC., a Delaware Corporation, <br><br> Defendant. | Case No. 1:22-cv-02079 <br><br> Judge Matthew F. Kennelly |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kate Hoffower and Defendant Seamless Contacts Inc. stipulate to a dismissal with prejudice of all claims against all parties. Each party shall bear her or its own costs.

The parties also stipulate to a withdrawal of all currently pending motions before this Court: **Docket 179** (Defendant's Motion For Entry Of An Order Regarding A Fee Motion Pursuant To Local Rule 54.3) and **Docket 181** (under seal)/**182** (redacted) (Plaintiff's Motion for Reconsideration).

Dated: November 20, 2024

*/s/ Brittany Resch*
Brittany Resch
Samuel J. Strauss
Raina C. Borrelli
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

Dated: November 20, 2024

*/s/ Aneca E. Lasley*
Aneca Lasley (admitted *pro hac vice*)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215
Telephone: (614) 462-2700
Email: Aneca.Lasley@icemiller.com

1

bresch@straussborrelli.com
sam@straussborrelli.com
raina@straussborrelli.com

Michael F. Ram
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
mram@forthepeople.com

Shelby Serig (*pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
501 Riverside Ave., Suite 1200
Jacksonville, FL 32002
Telephone: (904) 330-3819
sserig@forthepeople.com

*Attorneys for Plaintiff and the Proposed Class*

Melissa A. Siebert
Austin Gene Dieter
COZEN O'CONNOR
123 N. Wacker Drive, 18th Floor
Chicago, IL 60606
Telephone: 312-382-3100
Email: msiebert@cozen.com

Isaac Colunga
ICE MILLER LLP
200 West Madison, Suite 3500
Chicago, Illinois 60606
Telephone: (312) 726-7157
Email: Isaac.Colunga@icemiller.com

*Attorneys for Defendant Seamless Contacts, Inc.*

## **CERTIFICATE OF SERVICE**

  I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 20th day of November, 2024.

          STRAUSS BORRELLI PLLC

          By: */s/ Brittany Resch*
             Brittany Resch
             bresch@straussborrelli.com
             STRAUSS BORRELLI PLLC
             One Magnificent Mile
             980 N Michigan Avenue, Suite 1610
             Chicago IL, 60611
             Telephone: (872) 263-1100
             Facsimile: (872) 263-1109